UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 21 CR 323 |
|---|---|
| v. | |
| ILIJA RISTIK | District Judge Edmond E. Chang |

**AMENDED DEFENSE EXHIBIT LIST**

| No. | Date | Description | Relevance | Objection | Decision |
|---|---|---|---|---|---|
| 1 | 7-25-2018 | Agent Tighe Notes from Meeting | Describes July 2018 meeting between agents and Ristik | | |
| 2 | 7-25-2018 | OIA dated July 25, 2018 | Demonstrates the agents' authority to authorize illegal activity and sets forth the authorized illegal activity. | | |
| 3 | 3-29-2019 | OIA dated March 29, 2019 | Demonstrates the agents' authority to authorize illegal activity and sets forth the authorized illegal activity. | | |
| 4 | 8-12-2019 | OIA dated August 12, 2019 | Demonstrates the agents' authority to authorize illegal activity and sets forth the authorized illegal activity. | | |
| 5 | 11-19-2019 | OIA dated November 19, 2019 | Demonstrates the agents' authority to authorize illegal activity and sets forth the authorized illegal activity. | | |

| | | | | | |
|---|---|---|---|---|---|
| 6 | 1-23-2020 | OIA dated January 23, 2020 | Demonstrates the agents' authority to authorize illegal activity and sets forth the authorized illegal activity. | | |
| 7 | 5-9-2020 | OIA dated May 9, 2020 | Demonstrates the agents' authority to authorize illegal activity and sets forth the authorized illegal activity. | | |
| 8 | 8-7-2020 | OIA dated August 7, 2020 | Demonstrates the agents' authority to authorize illegal activity and sets forth the authorized illegal activity. | | |
| 9 | 2-5-2021 | OIA dated February 5, 2021 | Demonstrates the agents' authority to authorize illegal activity and sets forth the authorized illegal activity. | | |
| 10 | 7-16-2019 | Borderz LLC Operating Agreement | Relevant to financial relationship between Defendant and Ken Miller | | |
| 11 | 1/17-12/19 | JP Morgan Chase records for Ken Miller and St. Elizabeth Capital | Relevant to Miller's receipt of payments from Defendant and others doing business with JB Hunt | | |
| 12 | 1/17 – 4/2020 | Summary charts of JB Hunt load data | Relevant to bribe/kickback allegation | | |
| 13 | 5/23/18-3/22/21 | Summary of CHS activity | Demonstrates the agents' authority to authorize illegal activity and sets forth the authorized illegal activity and Defendant's activities as a CHS. | Where applicable, the underlying OIA authorization should be used instead | Parties still conferring |

| | | | | | |
|---|---|---|---|---|---|
| 14 | 12/17/20 | DEA Record of Payment to Defendant | Demonstrates Value of and Incentive for Defendant's Cooperation | | |
| 15 | 9/26/18 | Perfect Signature Independent Contractor Agreement | Relevant to load volume of xTrade in 2018 and 2019 | | |
| 16 | | Operating Agreement of St. Elizabeth Capital LLC provided by Reporting Person | Relevant to alleged relationship between defendant and government's cooperating witness | | |
| 17 | | Texts regarding tequila business venture | Relevant to financial relationship between Defendant and Ken Miller | | |
| 18 | | Texts between Ken Miller and William Pacella | Relevant to award of loads by JB Hunt and the cooperating witness' relationship with other trucking companies | | |
| 19 | | Texts between Ken Miller and Stanley Stoch | Relevant to award of loads by JB Hunt and the cooperating witness' relationship with other trucking companies | | |
| 20 | | Texts between Ken Miller and Musa Mohammad | Relevant to award of loads by JB Hunt and the cooperating witness' relationship with other trucking companies | | |